Jeffrey Culbreath #95B1038
Auburn Corr. Fac.
P.O. Box 618
Auburn, N.Y. 13024
7/19/17

RECEIVED
SDNY DOCKET UNIT
2017 JUL 25  AM 8:48

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-17

Clerk
U.S.D.C., SDNY
U.S. Cths - 500 Pearl St.
N.Y., N.Y. 10007

Re: Culbreath v. Griffin, et. al.
     17-CV-3406

Dear Clerk of Court,

Change of address

In regards to the above reference matter, I'm writing to Notify the court of my address change to the below:

Jeffrey Culbreath #95B1038
Auburn Correctional Facility
P.O. Box 618
Auburn, N.Y. 13024

In addition, during my transfer certain materials hereto were lost, i.e. the Communication outlining the U.S.D.J. Court Rules as well as those of the assigned Magistrate Judge. Kindly, I ask that those materials be sent to me again.

In advance, I thank you for your assistance.

Truly,
J-C.

