United States District Court
Southern District of New York

Jeffrey Culbreath,
　　　　　Plaintiff,

-against-

Thomas Griffin, Michael T. Nagy,
Mark A. Tokarz,
　　　　　Defendants.

Notice of ~~Appearance~~ Change of Address

17CV3406(KMK)

I hereby Notify the Court that my address has changed to the following:

8/15/17　　/s/ Jeffrey Culbreath

Jeffrey Culbreath #95B1028
Auburn Correctional Facility
135 State Street
Auburn, N.Y. 13024　　Change of address