Jeffrey Culbreath #95B1028
Auburn Corr. Fac.
135 State Street
Auburn, N.Y. 13021-1800
8/16/17

RECEIVED
SDNY DOCKET UNIT
2017 AUG 22  AM 10: 20

Clerk
Pro-se Office
U.S.D.C.
SDNY
500 Pearl St.
N.Y., N.Y. 10007

Re: Culbreath v. Griffin, et al
Case# 17CV3406 (KMK)

Dear Clerk of Court:

In regards to the above-referenced matter, please be informed that the defendants via their attorney has filed and served their Notice of Appearance. Thereby I am ready to proceed with Discovery and hereby request to be provided with a Copy of the "Discovery Guide".

Additionally, enclosed find a Notice of Change of Address. This is my 2nd Notice. I just want to makesure the Court is aware.

Moreover, I need a copy of the Rules of the Assigned USDC Judge and those of the related Magistrate Judge. The Copy sent to me got lost during my transfer to my current facility by the Negligent property Supervisors.

In advance, I thank you & look forward to hearing from you soon.
Truly,
J.C.

