Jeffrey Culbreath
#95B1028
Auburn C.F.
135 State St.
Auburn, N.Y. 13024

Sept. 1, 2017

RECEIVED
SDNY DOCKET UNIT
2017 SEP -8 PM 3:10

Pro Se Intake Unit
Clerk, USDC
SDNY, US Courthouse
500 Pearl St.
N.Y., N.Y. 10007

Re: Culbreath v. Griffin, et. al. (KMK)(LMS) (17CV3406)

Dear Pro Se Intake Unit:

In regards to the above-referenced matter, I am at the stage where I would like to conduct the discovery process, with this being the case, I am respectfully requesting that your office provide me with the following publications:

(1) The Discovery Guide

In closing, I thank you for your service in this matter.

Truly yours,

JC.

