UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Jeffrey Culbreath,

        Plaintiff(s),

        v.

Thomas Griffin, et al.,

        Defendant(s).

------------------------------------X

Case No. 17 cv 03406

(KMK)(LMS)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| _x_ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | SETTLEMENT |
| | | ____ | CONSENT UNDER 28 U.S.C. 636© FOR ALL PURPOSES (including trial) |
| | | ____ | CONSENT UNDER 28 U.S.C. 636© FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |

Dated: November 1, 2017
       White Plains, New York

SO ORDERED:

_/s/_
United States District Judge

* Do not check if already referred for General Pre-Trial.