Copy Mailed by Chambers to Pro Se Plaintiff of Record

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

November 2, 2017

## SCHEDULING NOTICE

The matter of Culbreath v. Griffin, et al., 17-cv-03406 (KMK) (LMS) has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Thursday, November 30, 2017, at 10:45 a.m.,** in Courtroom 520.

*Re: Incarcerated Prisoners*

*Incarcerated plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for defendant to make prior arrangements with the appropriate correctional facility to have the plaintiff available via telephone, and defendant counsel should be prepared to place the phone call **from the courtroom** on the appearance date. **If the plaintiff is no longer incarcerated, defendant shall forward a copy of this notice to his last known address.***

SO ORDERED: *[signed]*  
Hon. Lisa Margaret Smith  
U.S.M.J.