

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8118

March 2, 2018

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: <u>Culbreath v. Griffin</u>, 17 CV 03406 (KMK) (LMS)

Your Honor:

This Office represents defendants Griffin, Tokarz, and Nagy ("defendants") in the above captioned § 1983 <u>pro se</u> matter. We write, at the Court's direction, after a status conference on March 1, 2018 with the Honorable Lisa Margaret Smith, to respectfully request an extension of the deadline for the completion of depositions, fact discovery, and the submission of any pre-motion letters.[1] At the status conference on March 1, 2018, the following items were identified as discovery remaining: 1) a ruling on the <u>in camera</u> submission of defendants' personnel file, 2) deposition of the plaintiff, 3) an appropriate medical release, 4) <u>in camera</u> submissions by defendants on March 19, 2018; and 4) service of additional interrogatories on defendants. As the next status conference before Judge Smith is currently scheduled for April 27, 2018 at 10:30 a.m., we respectfully request that the discovery deadline be extended to <u>May 30, 2018</u>. The Court may wish to adjourn the case management conference scheduled for May 2, 2018, at 10:00 a.m. to a date that is convenient to the Court, after the new discovery cutoff date. Plaintiff does not oppose this request.

This is the first request for an extension of the discovery deadline and an adjournment of the case management conference.

Respectfully Submitted,
/s/
Julinda Dawkins
Assistant Attorney General

---

[1]Depositions are currently to be completed by March 15, 2018 and fact discovery is set to close on March 31, 2018. (<u>See</u> Dkt. No. 18). Movant's pre-motion letter is due April 18, 2018 and the non-movant's response is due April 25, 2018. (<u>Id.</u>).

Honorable Kenneth M. Karas
March 2, 2018
Page 2 of 2

cc:     Jeffrey Culbreath, DIN 95-B-1028
        Auburn Correctional Facility
        (By First Class Mail)

All discovery must be completed by May 30, 2018. The May 2 conference is moved to July 13, 2018, at 11:00. The pre-motion letter deadlines are moved accordingly.

So Ordered.

KMK
3/5/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JEFFREY CULBREATH,

                Plaintiff,

- against -

THOMAS GRIFFIN, et al.,

                Defendants.
---------------------------------------------------------------- X

17-CV-3406 (KMK)(LMS)

**Affirmation of Service**

JULINDA DAWKINS, hereby affirms as follows:

That she is more than 18 years old and employed as an Assistant Attorney General in the office of ERIC T. SCHNEIDERMAN, the Attorney General of the State of New York, Attorney for Defendants herein. On the 3rd day of March, 2018, she served the annexed **Letter Motion for an Extension of Time** upon the following named persons:

> Jeffrey Culbreath
> DIN 95B1028
> Auburn Correctional Facility
> P.O. Box 618
> Auburn, NY 13021

Plaintiff *pro se*, in the within entitled action, by depositing true and correct copy thereof, properly enclosed in post-paid wrapper, in a receptacle maintained by the United States Postal Service, directed to said individual at the address within the State designated by him for that purpose.

I hereby affirm under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2018

                                                             /s/
                                                    Julinda Dawkins