

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writers Direct Dial: (212) 416-8118

March 15, 2018

**BY ECF**
Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Culbreath v. Griffin,* 17 CV 03406 (KMK)(LMS)

Dear Judge Smith:

     This Office represents defendants in the above-referenced case. I write to request a one week extension of time to provide the Court certain documents for in camera review and a privilege log, currently due on March 19, 2018, until March 26, 2018.  The extension is necessary because the AAG assigned to this matter, Julinda Dawkins, has been ill and briefly in the hospital.  This is the first request for an extension of this date.  Due to delays in communicating with the pro se plaintiff, who is incarcerated, we did not seek his consent.

     I thank the Court for its consideration in this matter.

Respectfully submitted,
*/s/*
Barbara K. Hathaway
Assistant Attorney General

cc:  Jeffrey Culbreath, #95-B-1028, *via* USPS