Mr. Jeffrey Culbreath
DIN #95B1028
Auburn Correctional Facility
135 State Street
Auburn, New York 13024
Plaintiff, Pro-se

March 12, 2018



Culbreath v. Griffin, et. al. 17-CV-3406 (KMK) (LMS)

Dear Judge Smith:

I am the Plaintiff appearing pro-se in the above-captioned matter, and after receiving the Court's Decision & Order dated March 1, 2018, I humbly ask that I be given to impart the relevance behind each requested item of which the Court has sustained the Defendants' objection thereto. I was completely unaware such a burden of demonstration was upon me, 'prior' to defendants display of proper objections. Humbly, I learned my shared legal viewpoint from reviewing (Melendez v. Greiner, 2003 WL 22434101 (SDNY 2003)). Had I known that within the body of my motion to compel, the burden was on me to demonstrate relevance behind each requested item, despite the defendants objections being conclusory and general assertions, I would have easily done so.

In this view, I kindly ask the Court to rescind those portions of its March 1, 2018 Decision & Order sustaining the defendants objections and allow the Plaintiff to demonstrate relevance thereto respectively. This would be fair considering the fact this is Plaintiff actual first time litigating at this depth.

Very truly yours,

Jeffrey Culbreath
Plaintiff, Pro-se

cc: Julinda Dawkins, AAG
File/JC.

Plaintiff attest under the penalty of perjury that a copy of this communication has been sent to Julina Dawkins, AAG, attorney for the Respondents at the same time mailing was made to Your Honor.

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024
NAME: Jeff Culbreath  DIN: 95B1038

US District Court
Southern District of New York
Lisa M. Smith, USMJ
300 Quarropas St., RM. 750
White Plains, N.Y. 10601

Legal Mail