Smith, J, KY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY CULBREATH,

                Plaintiff,

-Against-

THOMAS GRIFFIN, et al,

                Defendants.
-----------------------------------------------------------------x

▓▓▓▓▓▓ ORDER
ALLOWING DEPOSITION OF
INCARCERATED PARTY

17 Civ. 3406 (KMK)(LMS)

    IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of plaintiff Jeffrey Culbreath, DIN 95-B-1028, *via* video conference, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

    Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated: White Plains, New York
       3|27, 2018

So Ordered:

HON. LISA M. SMITH
United States Magistrate Judge

Copy Mailed by Chambers