Copy Mailed by Chambers to Pro Se Plaintiff of Record

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                     April 27, 2018
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## <u>RE-SCHEDULING NOTICE</u>

The matter of <u>Culbreath v. Griffin, et al.</u>, 17-cv-03406 (KMK) (LMS) has been ***re-scheduled*** from a status conference on Friday, April 27, 2018, at 10:30 a.m., before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to an in-person status conference on **Wednesday, May 2, 2018, at 11:00 a.m.**  Counsel for Defendant to appear in person in Courtroom 520, and Pro Se Plaintiff to participate by telephone.

*Re: Incarcerated Prisoners*

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance).  It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff available via telephone, and respondent/defendant counsel should be prepared to place the phone call **from the courtroom** on the appearance date. **If the petitioner/plaintiff is no longer incarcerated, respondent/defendant shall forward a copy of this notice to his/her last known address.***

SO ORDERED:

*[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.