UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of　　　　　　　　　　　　　　　　　　　　　　　　　June 1, 2018
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## **RE-SCHEDULING NOTICE**

The matter of <u>Culbreath v. Griffin, et al.</u>, 17-cv-03406 (KMK)(LMS) has been ***re-scheduled*** from a status conference on Friday, June 1, 2018, at 10:30 a.m., before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to an in-person status conference on **Monday, June 11, 2018, at 2:00 p.m.** Counsel for Defendant to appear in person in Courtroom 520, and Pro Se Plaintiff to participate by telephone.

*Re: Incarcerated Prisoners*

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff available via telephone, and respondent/defendant counsel should be prepared to place the phone call **from the courtroom** on the appearance date. **If the petitioner/plaintiff is no longer incarcerated, respondent/defendant shall forward a copy of this notice to his/her last known address.***

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.