

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8118

June 13, 2018

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: Culbreath v. Griffin, 17 Civ. 3406 (KMK)(LMS)

Dear Judge Karas:

This Office represents defendants in the above captioned §1983 pro se matter. I write, at the direction of the Honorable Lisa M. Smith, to inform the Court that, at a status conference on June 11, 2018, Judge Smith extended the stay of discovery to July 11, 2018 so that the Pro Se Office may continue its efforts to obtain pro bono counsel for plaintiff. See Minute Entry for June 11, 2018. The Court may wish to adjourn the case management conference scheduled for July 13, 2018, at 11:00 a.m. to a date that is convenient to the Court, after the stay has been lifted and the completion of discovery.

Respectfully submitted,

/s/
Julinda Dawkins
Assistant Attorney General

Cc: Jeffrey Culbreath, DIN 95-B-1028
Auburn Correctional Facility
(By First Class Mail)

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff

The July 13 conference is adjourned to September [ ], 2018, at 2:30.

So Ordered.
6/13/18

28 Liberty Street, New York, New York 10005 • Tel.: (212) 416-8610 • Fax: (212) 416-6009 (Not For Service of Papers)
www.ag.ny.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEFFREY CULBREATH,  :  17-CV-3406 (KMK)(LMS)
  :
Plaintiff,  :  **Affirmation of Service**
  :
- against -  :
  :
THOMAS GRIFFIN, et al.,  :
  :
Defendants.  :
  :
------------------------------------------------------------ X

JULINDA DAWKINS, hereby affirms as follows:

That she is more than 18 years old and employed as an Assistant Attorney General in the office of BARBARA D. UNDERWOOD, the Acting Attorney General of the State of New York, Attorney for Defendants herein. On the 13th day of June, 2018, she served the annexed **Letter** upon the following named persons:

> Jeffrey Culbreath
> DIN 95B1028
> Auburn Correctional Facility
> P.O. Box 618
> Auburn, NY 13021

Plaintiff *pro se*, in the within entitled action, by depositing true and correct copy thereof, properly enclosed in post-paid wrapper, in a receptacle maintained by the United States Postal Service, directed to said individual at the address within the State designated by him for that purpose.

I hereby affirm under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2018

/s/
Julinda Dawkins