

RECEIVED AUG 10 2018 HON. LISA MARGARET SMITH U.S.M.J.

Jeffrey Culbreath
DIN #95B1028
Auburn Corr. Fac.
135 State Street
Auburn, N.Y. 13024
8/6/18

Chambers of:
Lisa M. Smith, USMJ
USDC, SDNY
300 Quarropas St.
White Plains, N.Y. 10601

Re: Culbreath v. Griffin, 17-cv-3406 (KMK)(LMS)
SDNY, USDC

Dear Judge Smith:

I am the plaintiff in the above-matter. According to my recollection, we are scheduled for an appearance on or about 8/18/18 before Your Honor. I also spoke with Atty Ryan Lozar, and he will be representing my interest soon.

However, I'm writing you to inform you of my current difficulty. I'm in SHU [Special Housing Unit]. I do not have any of my property. None of my legal papers at all -- nothing. My SHU placement results from a bundle of false disciplinary allegations which are truly retaliatory acts against my litigation progress in the above-referenced matter. I'm sure of that due to certain comments that were made to me.

Certain prisons are more retaliation prone against prisoner litigators like myself -- Auburn is one of them. And being that I may have to deal w/ this SHU matter also, if you can, can the court order or encourage NYSDOCS to have me relocated to less litigator retaliation prone facility, such as: (1) Shawangunk C.F., (2) Sullivan C.F., (3) Eastern C.F., or (4) SingSing C.F., And such a placement will make it easier for me & my prospective attorney to meet & work together...

In addition to that, if the Court can, and may, will the Court direct the Attorney for the defendants, to have the administrators of Auburn to have my property delivered to me in accordance to their own rules.

This communication can be shared w/ all relevant parties, however, I sent this only copy to the Court due to the lack of adequate materials (paper) and the hardship of writing with a 1/2 inch ink pen.

In advance, thank you.

Respectfully submitted,
JC



**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Jeffrey Culbreath   DIN: 95B1698

Legal Mail

Chambers of:
Lisa M. Smith, USMJ
USDC, SDNY
300 Quarropas St.
White Plains, NY 10601

OFFENDER CORRESPONDENCE PROGRAM AND COMMUNITY SUPERVISION

NAME: Jeffrey Culbreath

DIN: 95B1098

Printed on Recycled Paper