

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8118

August 19, 2019

**Via ECF and Hand Delivery**  
Honorable Lisa M. Smith  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601-4150

The requested redactions are approved.

9/3/2019     SO ORDERED: /s/ Lisa Margaret Smith
                         Hon. Lisa Margaret Smith
                         U.S.M.J.

Re: **Culbreath v. Griffin**, 17 CV 3406 (KMK)(LSM)

Dear Judge Smith:

This Office represents Defendants Griffin, Tokarz, and Nagy ("Defendants") in the above-captioned case. We write to respectfully withdraw our request to have the name of the Ready Emergency Data ("RED") book redacted from the Court's August 12, 2019 Order and the transcript of the July 24, 2019 status conference. (*See* ECF No. 131). It has recently been brought to our attention that the name "RED book" is referenced in publicly available materials, and has been identified in other publicly filed submissions, although involving security concerns of a different nature at a different correctional facility. Our request for redactions of ███████████ ████████████████████████████████ of the RED book in the August 12, 2019 Order, remain unchanged.[1] Similarly, our request to redact Officer Huttel's deposition testimony as well as the term ███████ calculations referenced at the July 24, 2019 conference remains unchanged.

We thank the Court for its consideration.

Respectfully Submitted,  
/s/  
Julinda Dawkins  
Assistant Attorney General

Enc. (submitted to Chambers, not filed on ECF)

---

[1] Due to the sensitive nature of this request, our proposed redactions to the August 12, 2019 Order and the July 24, 2019 status conference transcript will be submitted to Chambers, but not filed on ECF.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov

Hon. Judge Smith  Page 2
August 19, 2019

To:   Attorneys for Plaintiff (<u>via</u> e-mail with enclosures)