**Mark J. Pesce**
Direct Dial: +1.212.906.4571
mark.pesce@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

October 14, 2019

<u>VIA ECF</u>

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

      Re:    <u>*Culbreath v. Griffin et al. (7:17-cv-03406)(KMK)(LMS)* – Withdrawal of Mark J. Pesce</u>

Dear Judge Karas:

    I respectfully request permission to withdraw as counsel for Plaintiff Jeffrey Culbreath ("<u>Plaintiff</u>") in the above-referenced case.  I represent Plaintiff in this matter with Kevin M. McDonough, Gregory S. Mortenson, Elizabeth C. Sahner, and Julianne C. Brauer, my colleagues at Latham & Watkins LLP, and Ryan M. Lozar, of the Law Office of Ryan Lozar, P.C.  As of October 15, 2019, I will no longer be associated with Latham & Watkins LLP.

    Latham & Watkins LLP and Ryan M. Lozar will continue to represent Plaintiff in this case.  Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party.  In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Plaintiff and that the Court's docket be amended to reflect my withdrawal as counsel.

                      Respectfully submitted,

                      <u>/s/ Mark J. Pesce</u>
                      Mark J. Pesce
                      LATHAM & WATKINS LLP

cc:  All Counsel of Record (via CM/ECF)