

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8118

January 22, 2021

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSEMENT**

Re: <u>Culbreath v. Griffin</u>, 17 Civ. 3406 (KMK)(LSM)

Dear Judge Karas:

This Office represents defendants Nagy and Tokarz in the above-captioned action. We write pursuant to Section IX of Your Honor's Individual Rules, the Southern District of New York's Sealed Records Filing Instructions, and Sections 14 and 15 of the Stipulation of Confidentiality and Protective Order ("Protective Order") entered by this Court on September 4, 2018 (Dkt No. 62), to respectfully request leave to file under seal certain content in the Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment, Defendants' Response to Plaintiff's Supplemental Statement of Facts and exhibit attached to the Supplemental Attorney Declaration. The basis for this request is that the documents and material reference highly sensitive information, disclosure of which could jeopardize institutional security if placed in the public realm. The information is based on documents that were designated either Confidential or Attorney's Eyes Only under the Protective Order. A similar request, by plaintiff, was granted on December 29, 2020. (Dkt. No. 187).

We thank the Court for its consideration of this request.

Granted.

White Plains, NY
April 5, 2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.

Respectfully submitted,
/s/
Julinda A. Dawkins
Assistant Attorney General
Julinda.Dawkins@ag.ny.gov

cc: Plaintiff's counsels, via ECF

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov