UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Jeffrey Culbreath,

                Plaintiff(s),                17 Civ. 03406 (KMK)

  -against-

Thomas Griffin, et al.,                          CALENDAR NOTICE

                Defendant(s).
-------------------------------------------------------------x

        Please take notice that the above captioned action has been scheduled for jury selection and trial before Judge Kenneth M. Karas on Monday, February 28, 2022 at 10:00 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: January 19, 2022
       White Plains, New York

So Ordered

_____
Kenneth N. Karas, U.S.D.J