UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CULBREATH,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS GRIFFIN, *et al.*,<br><br>        Defendants. | No. 17-CV-3406 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

  The Court adopts the following schedule:

  Per the Calendar Notice dated January 19, 2022, (Dkt. No. 213), the jury selection and trial of this case will begin on Monday, February 28, 2022 at 10:00 a.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601. Jury selection will be subject to the Court's COVID-19 protocols.

  By February 7, 2022, in accordance with Section 5.A of the Court's Individual Practices, the Parties shall submit a Joint Pretrial Order, which is to comply with both Fed. R. Civ. P. 26(6)(3) and the Court's Individual Practices.

  By February 14, 2022, the Parties shall file all motions in limine, proposed voir dire, joint proposed jury instructions, and a joint verdict form. Responses to any in limine motions shall be due by February 22, 2022. Failure to object or respond will waive subsequent objection.

  The Parties' joint proposed jury instructions shall consist of a single document, noting any disagreement between the Parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. Moreover, the Parties shall make every good faith effort to agree upon the proposed language. To that end, the Parties shall also note that with respect to the jury instructions and verdict form, the Court's use of the term "joint" does not mean submitting one document to the Court with two different sets of proposed jury instructions and/or one document containing two different verdict forms.

  The Court will hold a final pre-trial Conference on Tuesday, February 22, 2022, at 2:00 p.m. This will be conducted in person at the Courthouse.

SO ORDERED.

DATED:    January 28, 2022
                White Plains, New York

                                              KENNETH M. KARAS
                                              United States District Judge