UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Jeffrey Culbreath,

                Plaintiff,                      17 CV 03406 (KMK)

    -against-

Thomas Griffin, et al.,                      <u>CALENDAR NOTICE</u>
                                                                      <u>RESCHEDULING</u>
               Defendant(s).                 <u>CONFERENCE</u>

-------------------------------------------------------X

       This matter is scheduled for a conference on Tuesday, February 22, 2022 at 2:00 p.m.

The Court would like to reschedule the Final Pre-Trial Conference to Thursday, February 24,

2022 at 2:30 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains,

New York 10601.

Dated: February 16, 2022
       White Plains, New York

                                                  So Ordered

                                                  Kenneth M. Karas, U.S.D.J